UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                    Case No. 13-43780-CEC
                                                                                              Chapter  7
       ANGELA COLLADO,

               Debtor.
-------------------------------------------------------------------X

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF TRUSTEE'S INTENDED SALE

      PLEASE TAKE NOTICE that the above-named Debtor filed a voluntary Petition for relief under Chapter 7 of the Bankruptcy Code, and the case is presently pending before the HONORABLE CARLA E. CRAIG, CHIEF UNITED STATES BANKRUPTCY JUDGE for the Eastern District of New York.

      PLEASE TAKE FURTHER NOTICE that Robert J. Musso, Esq., the Chapter 7 Trustee, through his attorneys, Rosenberg, Musso & Weiner LLP, will sell through Maltz Auctions, Inc. Auctioneers, the Debtor's real property located at 31-36 81ST Street, East Elmhurst, New York 11370.  The public auction sale will be conducted at the New York LaGuardia Airport Marriott Hotel, 102-05 Ditmars Boulevard, East Elmhurst, New York on November 10, 2016, at 11:00 a.m.

      PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code Sections 363 (b) and (f) and Bankruptcy Rule 6004 and Local Bankruptcy Rule E.D.N.Y. LBR 6004-1 (b) the property will be sold free and clear of liens, claims and encumbrances, if any, with such liens, claims, and encumbrances to attach to the net proceeds of sale after deduction of all sale expenses such as auctioneer's and Trustee's commission, advertisements and attorney fees.  In order to register to bid, all prospective bidders must present a certified check or bank check in the amount of $75,000.00 payable to Robert J. Musso, Esq., Chapter 7 Trustee.

      PLEASE TAKE FURTHER NOTICE that a copy of the complete Terms and Conditions of Sale and information concerning inspection dates, may be obtained by contacting the Auctioneer at the telephone number and/or website listed below.

      PLEASE TAKE FURTHER NOTICE that any objections to this sale must be in writing and be served upon the Chapter 7 Trustee, and be filed with the Clerk of the Bankruptcy Court, Eastern District of New York at United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, so as to be received on or before 4:00 p.m. on the 26th day of October, 2016.

      PLEASE TAKE FURTHER NOTICE that, if objections are filed, a hearing on such objections will be conducted before THE HONORABLE CARLA E. CRAIG, CHIEF UNITED STATES BANKRUPTCY JUDGE, on November 3, 2016, at 11:00 a.m., at the United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11242.  If no objections are filed, no hearing will be held.

Dated:  Central Islip, New York
        September 30, 2016

| | |
|---|---|
| Maltz Auctions, Inc., Auctioneers | Robert J. Musso, Esq., Chapter 7 Trustee |
| 39 Windsor Place | Rosenberg, Musso & Weiner LLP |
| Central Islip, New York 11722 | Attorneys for the Trustee |
| Telephone (516) 349-7022 Fax (516) 349-0105 | 26 Court Street Suite 2211 |
| www.MaltzAuctions.com | Brooklyn, NY  11242 |
| | Telephone (718) 855-6840 |